# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0134. JAYDREKUS CARTEZ HART v. THE STATE.**

On June 17, 2016, the trial court entered orders denying Jaydrekus Cartez Hart's motions for a sentence reduction and for his consecutive sentences to be declared concurrent. On September 7, 2016, Hart filed a "Notice of Appeal" and an "application for a Certificate of Probable Cause" in the Supreme Court, which construed Hart's filings collectively as an application for discretionary review and transferred the case to us. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). We are unable to consider an untimely application. See *Hill*, supra. Here, Hart filed his application 82 days after the trial court's orders were entered. Accordingly, the application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/07/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*